IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| PUBLIC SCHOOL EMPLOYEES' | : | CIVIL ACTION |
| RETIREMENT SYSTEM and | : | |
| PENNSYLVANIA MUNICIPAL | : | |
| RETIREMENT BOARD, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITIGROUP, INC., et al., | : | No. 11-2583 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **20th** day of **May, 2011**, upon consideration of Plaintiffs' Motion to Remand, Defendants' Response thereto, and for the reasons stated in this Court's Memorandum dated May 20, 2011, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand (Document No. 5) is **GRANTED in part and DENIED in part**.

    a. This action is **REMANDED** to the Philadelphia County Court of Common Pleas.

    b. Plaintiff's request for fees and costs is **DENIED**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**